**NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 13-3922
_____

ARLINGTON G. GHEE;
LAYVONE GHEE, his wife

v.

MARTEN TRANSPORT, LTD; RANDY J. BEE,
JOHN DOE 1-10, ABC, INC., 1-10

Marten Transport, LTD; Randy J. Bee,
                                        Appellants
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil No. 3-11-cv-03718)
District Judge: Hon. Freda L. Wolfson
_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
June 10, 2014

BEFORE: FISHER, COWEN AND TASHIMA*,  Circuit Judges

_____

ORDER AMENDING OPINION
_____

_____
*Hon. A. Wallace Tashima, Senior United States Circuit Judge, United States Court of
Appeals for the Ninth Circuit, sitting by designation.

At the direction of the Court, it is O R D E R E D that the Opinion entered June 25, 2014

is amended to remove a repeated line on page 2, note 2 which reads "[2] Ghee's wife

raised a derivative claim for loss of consortium. But it appears that."

For the Court,

s/ Marcia A. Waldron
Clerk

Dated: June 26, 2014